PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Jermaine Bohannon**                                   Case Number: **1:02CR00158**

Name of Sentencing Judicial Officer:    **The Honorable S. Arthur Spiegel**
**United States Senior District Judge**

Date of Original Sentence: **June 19, 2003**

Original Offense: **Possession of a Firearm by a Convicted Felon, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

Original Sentence: **51 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**              Date Supervision Commenced: **July 28, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance;** |

On September 18, 2006, Bohannon was cited by the Cincinnati, Ohio Police on the charge of Possession of Marijuana, a 4th degree misdemeanor. The case is still pending in Hamilton County, Ohio Municipal Court.

The Complaint alleges Bohannon was observed jaywalking, and was stopped by the police for the pedestrian violation. The officer asked Bohhannon if he had anything he should not have, and he stated he had marijuana in his pocket. Marijuana was found by the police officer in Bohannon's pant pocket.

It should be noted, 18 USC §3583(g)(1) requires revocation for possession of the controlled substance.

**U.S. Probation Officer Action:**

Bohannon disclosed the contact with law enforcement. He explained his daughter ran up to him just minutes before the police arrived, and stated to him that another neighbor girl had given her some marijuana. She then showed him the marijuana. Bohannon was angry and took the marijuana, then was in route to the neighbor girl's residence in attempts to talk with her mother about the situation and give the marijuana to the girl's mother. He crossed the street, and was stopped by the police.

PROB 12A
(12/98)

2

The case is still pending in Hamtilon County Municipal Court, and therefore this officer is respectfully recommending no action be taken until the charge has been resolved.

|                          |                          |
|--------------------------|--------------------------|
| Respectfully submitted,  | Approved,                |

by

Robert C. Frommeyer Jr.
U. S. Probation Officer
Date:   **October 23, 2006**

John Cole
Supervising U. S. Probation Officer
Date: 10/23/06

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

10/25/06
Date