PROB 12A
(12/98)

\*

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Jermaine Bohannon**  Case Number: **1:02CR00158**

Name of Sentencing Judicial Officer:   **The Honorable S. Arthur Spiegel**
                                         **United States Senior District Judge**

Date of Original Sentence: **June 19, 2003**

Original Offense: **Possession of a Firearm by a Convicted Felon, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

Original Sentence: **51 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**        Date Supervision Commenced: **July 28, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance;** |
| | On September 18, 2006, Bohannon was cited by the Cincinnati, Ohio Police on the charge of Possession of Marijuana, a 4th degree misdemeanor. However, on March 26, 2007, the charge was amended to Disorderly Conduct to which Bohannon pled guilty. He was ordered to pay a $100.00 fine and court costs. |

**U.S. Probation Officer Action:**

This officer previously notified the Court of this situation in a report dated October 23, 2006. The charge was amended to Disorderly Conduct, which more accurately represented the behavior. Therefore, this officer is respectfully recommending no action be taken based on the Disorderly Conduct conviction, and the matter be closed.

PROB 12A
(12/98)

2

RE: Bohannon, Jermaine
CR-1-02-158

Respectfully submitted,                    Approved,

by *[signature]*                           by *[signature]*
Robert C. Frommeyer Jr.                    John Cole
Senior U. S. Probation Officer             Supervising U. S. Probation Officer
Date:   **August 3, 2007**                 Date:

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

8/8/07
Date